FILED
CLERK, U.S. DISTRICT COURT
MAR - 2 2017
CENTRAL DISTRICT OF CALIFORNIA
BY mk

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> SANTIAGO AGUILAR SANCHEZ <br> Defendant. | MJ 17-0440 <br><br> ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation/ Supervised Release Conditions) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) (✓) the appearance of defendant as required; and/or

(B) (✓) the safety of any person or the community.

//
//

The court concludes:

A. (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_he will comply w/ conditions of release; also defendant's criminal history suggest risk of danger._

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_he will comply with conditions of release. Also, Defendant has no bail resources._

IT IS ORDERED that defendant be detained.

DATED: 3/2/17

SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE